# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THERESA D. OLSON,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:08-cv-28-Orl-22DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 15)**
>
> **FILED:** July 17, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

On stipulation of the parties, the decision of the Commissioner is hereby **REVERSED** and the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g), for additional proceedings, as follows:

> To obtain updated evidence pertaining to Plaintiff's mental impairment, and if necessary, obtain a psychological evaluation that includes a complete residual functional capacity assessment. The administrative law judge (ALJ) shall also obtain updated evidence regarding Plaintiff's irritable bowel syndrome (IBS) and its impact, if any, on her functional capacity. The ALJ will also obtain testimony from a vocational expert that fully considers Plaintiff's exertional and nonexertional limitations.

The Clerk is directed to enter judgment accordingly, and to close the file.

**DONE** and **ORDERED** in Orlando, Florida on July 21, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record